**U.S. Patent**          Sep. 1, 1992          Sheet 1 of 2          5,143,441





5,143,441

1

# MINIATURE FLASHLIGHT

This application is a continuation of application Ser. No. 553,977, filed Jul. 16, 1990, now abandoned; which is a continuation of application Ser. No. 356,361, filed May 23, 1989, now U.S. Pat. No. 4,942,505; which is a continuation of application Ser. No. 222,378, filed Jul. 19, 1988, now U.S. Pat. No. 4,899,265; which is a continuation of application Ser. No. 034,918, filed Apr. 6, 1987, now abandoned; which is a continuation of application Ser. No. 828,729, filed Feb. 11, 1986, now U.S. Pat. No. 4,658,336, which is a continuation of application Ser. No. 648,032, filed Sept. 6, 1984, now U.S. Pat. No. 4,577,263.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates primarily to flashlights, and in particular, to a miniature hand-held flashlight.

2. Discussion of the Prior Art

Flashlights of varying sizes and shapes are well-known in the art. In particular, certain of such known flashlights utilize two or more dry cell batteries, carried in series in a cylindrical tube serving as a handle for the flashlight, as their source of electrical energy. Typically, an electrical circuit is established from one electrode of the battery through a conductor to a switch, then through a conductor to one electrode of the lamp bulb. After passing through the filament of the lamp bulb, the electrical circuit emerges through a second electrode of the lamp bulb in electrical contact with a conductor, which in turn is in electrical contact with the flashlight housing. The flashlight housing provides an electrical conduction path to an electrical conductor, generally a spring element, in contact with the other electrode of the battery. Actuation of the switch to complete the electrical circuit enables electrical current to pass through the filament, thereby generating light which is typically focused by a reflector to form a beam of light.

The production of light from such flashlights has often been degraded by the quality of the reflector utilized and the optical characteristics of any lens interposed in the beam path. Moreover, intense light beams have often required the incorporation of as many as seven dry cell batteries in series, thus resulting in a flashlight having significant size and weight.

Efforts at improving such flashlights have primarily addressed the quality of the optical characteristics. The production of more highly reflective, well-defined reflectors, which may be incorporated within such flashlights, have been found to provide a more well-defined focus thereby enhancing the quality of the light beam produced. Additionally, several advances have been achieved in the light admitting characteristics of flashlight lamp bulbs.

Since there exists a wide variety of uses for hand-held flashlights, the development of the flashlight having a variable focus, which produces a beam of light having a variable dispersion, has been accomplished. However, such advances have heretofore been directed at "full-sized" flashlights.

## SUMMARY OF THE INVENTION

It is a primary object of the present invention to provide a miniature hand-held flashlight having improved optical characteristics.

2

It is another object of the present invention to provide a miniature hand-held flashlight which is capable of producing a beam of light having a variable dispersion.

It is a further object of the present invention to provide a miniature hand-held flashlight which is capable of supporting itself vertically on a horizon surface to serve as an "ambient" unfocused light source.

It is another object of the present invention to provide a miniature hand-held flashlight wherein relative motions of components that produce the variation and the dispersion of the light beam provide an electrical switch function to open and complete the electrical circuit of the flashlight.

These and other objects of the present invention, which may become obvious to those skilled in the art through the hereinafter detailed description of the invention are achieved by a miniature flashlight comprising: a cylindrical tube containing at least two miniature dry cell batteries disposed in a series arrangement, a lamp bulb holder assembly including electrical conductors for making electrical contact between terminals of a miniature lamp held therein and the cylindrical tube and an electrode of the battery, respectively, retained in one end of the cylindrical tube adjacent the batteries, a tail cap and spring member enclosing the other end of the cylindrical tube and providing an electrical contact to the other electrode of the batteries, and a head assembly including a reflector, a lens, and a face cap, which head assembly is rotatably mounted to the cylindrical tube such that the lamp bulb extends through a hole in the center of the reflector within the lens. In the principle embodiment of the present invention, the batteries are of the size commonly referred to as "pen light" batteries.

The head assembly engages threads formed on the exterior of the cylindrical tube such that rotation of a head assembly about the axis of the cylindrical tube will change the relative displacement between the lens and the lamp bulb. When the head assembly is fully rotated onto the cylindrical tube, the reflector pushes against the forward end of the lamp holder assembly causing it to shift rearward within the cylindrical tube against the urging of the spring contact at the tail cap. In this position, the electrical conductor within the lamp holder assembly which completes the electrical circuit from the lamp bulb to the cylindrical tube is not in contact with the tube. Upon rotation of the head assembly in a direction causing the head assembly to move forward with respect to the cylindrical tube, pressure on the forward surface of the lamp holder assembly from the reflector is relaxed enabling the spring contact in the tail cap to urge the batteries and the lamp holder assembly in a forward direction, which brings the electrical conductor into contact with the cylindrical tube, thereby completing the electrical circuit and causing the lamp bulb to illuminate. At this point, the lamp holder assembly engages a stop which prevents further forward motion of the lamp holder assembly with respect to the cylindrical tube. Continued rotation of the head assembly in a direction causing the head assembly to move forward relative to the cylindrical tube causes the reflector to move forward relative to the lamp bulb, thereby changing the focus of the reflector with respect to the lamp bulb, which results in varying the dispersion of the light beam admitted through the lens.

By rotating the head assembly until it disengages from the cylindrical tube, the head assembly may be

5,143,441

**3**

placed, lens down, on a substantially horizontal surface and the tail cap and cylindrical tube may be vertically inserted therein to provide a miniature "table lamp."

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a miniature flashlight in accordance with the present invention;

FIG. 2 is a partially foreshortened cross-sectional view of the miniature flashlight of FIG. 1 as taken through the plane indicated by 2—2;

FIG. 3 is a partial cross-sectional view of a forward end of the miniature flashlight, illustrating, in ghost image, a translation of the forward end of the flashlight;

FIG. 4 is a partial cross-sectional view of a lamp bulb holder assembly used in accordance with the present invention, taken along the plane indicated by 4—4 of FIG. 3;

FIG. 5 is an exploded perspective view illustrating the assembly of the lamp bulb holder assembly with respect to a barrel of the miniature flashlight;

FIG. 6 is an isolated partial perspective view illustrating the electro mechanical interface between electrical terminals of the lamp bulb and electrical conductors within the lamp bulb holder;

FIG. 7 presents a perspective view of a rearward surface of the lamp bulb holder of FIG. 5, illustrating a battery electrode contact terminal; and

FIG. 8 illustrates an alternate utilization of the miniature flashlight in accordance with the present invention.

## DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

Referring first to FIG. 1, a miniature flashlight in accordance with the present invention is illustrated in perspective generally at 20. The miniature flashlight 20 is comprised of a generally right circular cylinder, or barrel 21, enclosed at a first end by a tail cap 22 and having a head assembly 23 enclosing a second end thereof. The head assembly comprises a head 24 to which is affixed a face cap 25 which retains a lens 26. The head assembly 23 has a diameter greater than that of the barrel 21 and is adapted to pass externally over the exterior of the barrel 21. The barrel 21 may provide a machined handle surface 27 along its axial extent. The tail cap 22 may be configured to include provision for attaching a handling lanyard through a hole 28 in a tab 29 formed therein.

Referring next to FIG. 2, the barrel 21 is seen to have an extent sufficient to enclose at least two miniature dry cell batteries 31 disposed in a series arrangement. The tail cap 22 has a region of external threading 32 which engages matching threads formed on the interior surface of the barrel 21. A sealing element 33, typically in the form of an O-ring, is provided at the interface between the tail cap 22 and the barrel 21 to provide a watertight seal. A spring member 34 is disposed within the barrel 21 so as to make electrical contact with the tail cap 22 and a case electrode 35 of an adjacent battery 31. The spring member 34 also urges the batteries 31 in a direction indicated by an arrow 36. A center electrode 37 of the rearmost battery 31 is in contact with the case electrode of the forward battery 31. The center electrode 38 of the forward battery is urged into contact with a first conductor 39 mounted within a lower insulator receptacle 41. The lower insulator receptacle 41 also has affixed therein a side contact conductor 42. Both the center conductor 39 and the side contact conductor 42 pass through holes formed in the lower insu-

**4**

lator receptacle in an axial direction, and both are adapted to frictionally receive and retain the terminal electrodes 43 and 44 of a miniature bi-pin lamp bulb 45. Absent further assembly, the lower insulator receptacle is urged in the direction indicated by the arrow 36, by the action of the spring 34, to move until it comes into contact with a lip 46 formed on the end of the barrel 21. At that point electrical contact is made between the side contact conductor 42 and the lip 46 of the barrel 21.

An upper insulator receptacle 47 is disposed external to the end of the barrel 21 whereat the lower insulator receptacle 41 is installed. The upper insulator receptacle 47 has extensions that are configured to mate with the lower insulator receptacle 41 to maintain an appropriate spacing between opposing surfaces of the upper insulator receptacle 47 and the lower insulator receptacle 41. The lamp electrodes 43 and 44 of the lamp bulb 45 pass through the upper insulator receptacle 47 and into electrical contact with the center conductor 39 and the side contact conductor 42, respectively, while the casing of the lamp bulb 45 rests against an outer surface of the upper insulator receptacle 47.

The head assembly 23 is installed external to the barrel 21 by engaging threads 48 formed on an interior surface of the head 24 engaging with matching threads formed on the exterior surface of the barrel 21. A sealing O-ring 49 is installed around the circumference of the barrel 21 adjacent the threads to provide a watertight seal between the head assembly 23 and the barrel 21. A substantially parabolic reflector 51 is configured to be disposed within the outermost end of the head 24, whereat it is rigidly held in place by the lens 26 which is in turn retained by the face cap 25 which is threadably engaged with threads 52 formed on the forward portion of the outer diameter of the head 24. An O-ring 53 may be incorporated at the interface between the face cap 25 and the head 24 to provide a water-tight seal.

When the head 24 is fully screwed onto the barrel 21 by means of the threads 48, the central portion of the reflector 51 surrounding a hole formed therein for passage of the lamp bulb 45, is forced against the outermost surface of the upper insulator receptacle 47, urging it in a direction counter to that indicated by the arrow 36. The upper insulator receptacle 47 then pushes the lower insulator receptacle 41 in the same direction, thereby providing a space between the forwardmost surface of the lower insulator receptacle 41 and the lip 46 on the forward end of the barrel 21. The side contact conductor 42 is thus separated from contact with the lip 46 on the barrel 21 as is shown in FIG. 2.

Referring next to FIG. 3, appropriate rotation of the head 24 about the axis of the barrel 21 causes the head assembly 23 to move in the direction indicated by the arrow 36 through the engagement of the threads 48. Upon reaching the relative positions indicated in FIG. 3 by the solid lines, the head assembly 23 has progressed a sufficient distance in the direction of the arrow 36 such that the reflector 51 has also moved a like distance, enabling the upper insulator receptacle 47 and the lower insulator receptacle 41 to be moved, by the urging of the spring 34 (FIG. 2) translating the batteries 31 in the direction of the arrow 36, to the illustrated position. In this position, the side contact conductor 42 has been brought into contact with the lip 46 on the forward end of the barrel 21, which closes the electrical circuit.

Further rotation of the head assembly 23 so as to cause further translation of the head assembly 23 in the direction indicated by the arrow 36 will result in the

5,143,441

**5**

head assembly 23 reaching a position indicated by the ghost image of FIG. 3, placing the face cap at the position 25' and the lens at the position indicated by 26', which in turn carries the reflector 51 to a position 51'. During this operation, the upper insulator receptacle 47 remains in a fixed position relative to the barrel 21. Thus the lamp bulb 45 also remains in a fixed position. The shifting of the reflector 51 relative to the lamp bulb 45 during this additional rotation of the head assembly 23 produces a relative shift in the position of the filament of the lamp bulb 45 with respect to a focus of the parabola of the reflector 51, thereby varying the dispersion of the light beam emanating from the lamp bulb 45 through the lens 26.

Referring next to FIG. 4, a partial cross-sectional view illustrates the interface between the lower insulator receptacle 41 and the upper insulator receptacle 47. The lower insulator receptacle 41 has a pair of parallel slots 54 formed therethrough which are enlarged in their center portion to receive the center conductor 39 and the side contact conductor 42, respectively. A pair of arcuate recesses 55 are formed in the lower insulator receptacle 41 and receive matching arcuate extensions of the upper insulator receptacle 47. The lower insulator receptacle 41 is movably contained within the inner diameter of the barrel 21 which is in turn, at the location of the illustrated cross-section, enclosed within the head 24.

Referring next to FIGS. 5 through 7, a preferred procedure for the assembly of the lower insulator receptacle 41, the center conductor 39, the side contact conductor 42, the upper insulator receptacle 47 and the miniature lamp bulb 45 may be described. Placing the lower insulator receptacle 41 in a position such that the arcuate recesses 55 are directionally oriented towards the forward end of the barrel 21 and the lip 46, the center conductor 39 is inserted through one of the slots 54 such that a substantially circular end section 56 extends outwardly from the rear surface of the lower insulator receptacle 41. The circular end section 56 is then bent, as shown in FIG. 7, to be parallel with the rearmost surface of the lower insulator receptacle 41 in a position centered to match the center electrode of the forwardmost one of the batteries 31 of FIG. 2. The side contact conductor 42 is then inserted into the other slot 54 such that a radial projection 57 extends outwardly from the axial center of the lower insulator receptacle 41. It is to be noted that the radial projection 57 aligns with a web 58 between the two arcuate recesses 55.

The lower insulator receptacle 41, with its assembled conductors, is then inserted in the rearward end of the barrel 21 and is slidably translated to a forward position immediately adjacent the lip 46. The lamp electrodes 43 and 44 are then passed through a pair of holes 59 formed through the forward surface of the upper insulator receptacle 47 so that they project outwardly from the rear surface thereof as illustrated in FIG. 6. The upper insulator receptacle 47, containing the lamp bulb 45, is then translated such that the lamp electrodes 43 and 44 align with receiving portions of the side contact conductor 42 and the center conductor 39, respectively. A pair of notches 61, formed in the upper insulator receptacle 47, are thus aligned with the webs 58 of the lower insulator receptacle 41. The upper insulator receptacle 47 is then inserted into the arcuate recesses 55 in the lower insulator receptacle 41 through the forward end of the barrel 21.

**6**

Referring again to FIGS. 2 and 3, the electrical circuit of the miniature flashlight in accordance with the present invention will now be described. Electrical energy is conducted from the rearmost battery 31 through its center contact 37 which is in contact with the case electrode of the forward battery 31. Electrical energy is then conducted from the forward battery 31 through its center electrode 38 to the center contact 39 which is coupled to the lamp electrode 44. After passing through the lamp bulb 45, the electrical energy emerges through the lamp electrode 43 which is coupled to the side contact conductor 42. When the head assembly 23 has been rotated about the threads 48 to the position illustrated in FIG. 2, the side contact conductor 42 does not contact the lip 46 of the barrel 21, thereby resulting in an open electrical circuit. However, when the head assembly 23 has been rotated about the threads 48 to the position illustrated by the solid lines of FIG. 3, the side contact conductor 42 is pressed against the lip 46 by the lower insulator receptacle 41 being urged in the direction of the arrow 36 by the spring 34 of FIG. 2. In this configuration, electrical energy may then flow from the side contact conductor 42 into the lip 46, through the barrel 21 and into the tail cap 22 of FIG. 2. The spring 34 electrically couples the tail cap 22 to the case electrode 35 of the rearmost battery 31. By rotating the head assembly 23 about the threads 48 such that the head assembly 23 moves in a direction counter to that indicated by the arrow 36, the head assembly 23 may be restored to the position illustrated in FIG. 2, thereby opening the electrical circuit and turning off the flashlight.

Referring next to FIG. 8, an additional utilization of the miniature flashlight 20 in accordance with the present invention is illustrated. By rotating the head assembly 23 about the threads 48 in a direction causing the head assembly 23 to translate relative to the barrel 21 in the direction of the arrow 36 of FIG. 3, the electrical circuit will be closed as previously described, and the lamp bulb 45 will be illuminated. Continued rotation of the head assembly 23 in that direction enables the head assembly 23 to be completely removed from the forward end of the miniature flashlight 20. By placing the head assembly 23 upon a substantially horizontal surface (not illustrated) such that the face cap 25 rests on the surface, the tail cap 22 of the miniature flashlight 20 may be inserted into the head 24 to hold the barrel 21 in a substantially vertical alignment. Since the reflector 51 (FIG. 2) is located within the head assembly 23, the lamp bulb 45 will omit a substantially spherical illumination, thereby providing a "ambient" light level.

In a preferred embodiment, the barrel 21, the tail cap 22, the head 24, and the face cap 25, forming all of the exterior metal surfaces of the miniature flashlight 20 are manufactured from aircraft quality, heat-treated aluminum, which is annodized for corrosion resistance. The sealing O-rings 33, 49, and 53 provide atmospheric sealing of the interior of the miniature flashlight 20 to a depth of 200 feet. All interior electrical contact surfaces are appropriately machined to provide efficient electrical conduction. The reflector 51 is a computer generated parabola which is vacuum aluminum metallized to ensure high precision optics. The threads 48 between the head 24 and the barrel 31 are machined such that revolution of the head assembly 23 through less than $\frac{1}{8}$ turn will close the electrical circuit, turning the flashlight on, and an additional $\frac{1}{8}$ turn will adjust the light beam from a "spot" to a "soft flood". A spare lamp bulb

5,143,441

7

62 may be provided in a cavity machined in the tail cap 22.

While I have described a preferred embodiment of the herein invention, numerous modifications, alterations, alternate embodiments, and alternate materials may be contemplated by those skilled in the art and may be utilized in accomplishing the present invention. It is envisioned that all such alternate embodiments are considered to be within the scope of the present invention as defined by the appended claims.

I claim:

1. A flashlight powered by at least one battery, comprising

a barrel for retaining the at least one battery, said barrel having first and second ends;

a lamp bulb having two contacts and a filament;

a socket for holding said lamp bulb, said socket being retained at least partially within said barrel adjacent said first end thereof and being adapted to locate said bulb filament axially beyond said first end;

a substantially parabolic reflector having a central opening therein adapted to receive said lamp bulb;

a substantially planar lens;

a head assembly for retaining said reflector and said lens in a mutually fixed relationship and being ro-

8

tatably disposed at said first end to be controllably axially translatable along said barrel such that the relative positional relationship between said reflector and said lamp bulb may be varied, thereby varying a reflection dispersion of a light beam emanating through said lens from said lamp bulb;

a tail cap being engageable with said barrel at said second end;

an electrical circuit for coupling said two contacts of said lamp bulb with first and second electrodes of at least one battery positioned in said barrel, said electrical circuit not including conduction through said head assembly wherein relative motion of said head assembly in the axial direction away from said barrel separates said head assembly from said barrel to expose said lamp bulb and allow for a dispersion of substantially spherical illumination with said head assembly removed from said first end of said barrel;

a rotary switch in said electrical circuit, said rotary switch selectively opening and closing said electrical circuit with the at least one battery retained within said barrel, said switch including one of said first and second ends of said barrel as a first switch contact.

* * * * *

# Exhibit 2

US00D530438S

## (12) United States Design Patent

Maglica

(10) Patent No.: **US D530,438 S**
(45) Date of Patent: ✳✳ Oct. 17, 2006

(54) **MINIATURE FLASHLIGHT**

(75) Inventor: **Anthony Maglica**, Anaheim, CA (US)

(73) Assignee: **Mag Instrument, Inc.**, Ontario, CA (US)

(✳✳) Term: **14 Years**

(21) Appl. No.: **07/411,576**

(22) Filed: **Sep. 22, 1989**

### Related U.S. Application Data

(62) Division of application No. 07/356,361, filed on May 23, 1989, now Pat. No. 4,942,505, which is a continuation of application No. 07/222,378, filed on Jul. 19, 1988, now Pat. No. 4,899,265, which is a continuation of application No. 07/034,918, filed on Apr. 6, 1987, now abandoned, which is a continuation of application No. 06/828,729, filed on Feb. 11, 1986, now Pat. No. 4,658,336, which is a continuation of application No. 06/648,032, filed on Sep. 6, 1984, now Pat. No. 4,577,263.

(51) **LOC (8) Cl.** .................................................. **26-02**
(52) **U.S. Cl.** ...................................................... **D26/49**
(58) **Field of Classification Search** ............ D26/37–50; 362/157–8, 183–208
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

1,109,415 A     9/1914  Harris

1,116,048 A     11/1914  Farber

(Continued)

### FOREIGN PATENT DOCUMENTS

AU         114558      1/1942

(Continued)

### OTHER PUBLICATIONS

P. 243 of Japanese Patent Gazette Feb. 16, 1982—Utility Model 42071.

(Continued)

*Primary Examiner*—Alan P. Douglas
(74) *Attorney, Agent, or Firm*—Jones Day

(57)         **CLAIM**

The ornamental design for a miniature flashlight, as shown and described.

### DESCRIPTION

FIG. **1** is a front top perspective view of a miniature flashlight showing my new design;
FIG. **2** is a side elevational view thereof, the other side being identical
FIG. **3** is a top plan view thereof; and,
FIG. **4** is a bottom plan view thereof.

**1 Claim, 1 Drawing Sheet**



Exhibit 2 Page 30

# US D530,438 S

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,559,481 | A | 10/1925 | Voorhees |
| 1,568,093 | A | 1/1926 | Shannon |
| 1,584,539 | A | 5/1926 | Hopkins |
| 1,599,095 | A | 9/1926 | McCabe |
| 1,603,272 | A | 10/1926 | Eaton |
| 1,638,716 | A | 8/1927 | Suries |
| 1,644,126 | A | 10/1927 | Harris |
| 1,674,650 | A | 6/1928 | Leser |
| 1,680,169 | A | 8/1928 | Osean |
| 1,680,188 | A | 8/1928 | Weber |
| 1,680,484 | A | 8/1928 | Stimson |
| 1,768,554 | A | 1/1930 | Freitag |
| 1,758,835 | A | 5/1930 | Hime |
| 1,769,436 | A | 7/1930 | Koretzky |
| 1,895,913 | A | 1/1933 | Buchholz |
| 1,905,787 | A | 4/1933 | Barber |
| 2,016,819 | A | 10/1935 | Meginniss ............. 240/10.66 |
| 2,051,889 | A | 8/1936 | Nygard ................. 240/10.6 |
| 2,097,222 | A | 10/1937 | Tompkins et al. ..... 340/10.66 |
| 2,173,650 | A | 9/1939 | Fullmer ............... 240/10.66 |
| 2,176,301 | A | 10/1939 | Haas ................... 240/10.66 |
| 2,180,228 | A | 11/1939 | Florman ............... 240/10.68 |
| 2,210,312 | A | 8/1940 | Wood ................... 240/10.6 |
| 2,212,103 | A | 8/1940 | Rothenberg et al. .... 240/10.69 |
| 2,229,486 | A | 1/1941 | Barash et al. ........ 240/10.66 |
| 2,249,691 | A | 7/1941 | Gelardin ............. 240/10.66 |
| 2,259,106 | A | 10/1941 | Hagers ................ 200/60 |
| 2,272,907 | A | 2/1942 | Deibel ................ 240/10.61 |
| 2,298,042 | A | 10/1942 | Desimone ............. 240/10.66 |
| 2,338,078 | A | 12/1943 | Wood ................... 240/10.66 |
| 2,339,356 | A | 1/1944 | Sachs ................. 240/10.66 |
| 2,341,057 | A | 2/1944 | Muldoon .............. 240/10.66 |
| 2,347,531 | A | 4/1944 | Yardeny ............... 200/60 |
| D142,277 | S | 8/1945 | Lippincott ........... D48/24 |
| 2,396,046 | A | 3/1946 | Hipwell et al. ....... 240/10.66 |
| 2,443,539 | A | 6/1948 | Kopp .................. 240/60 |
| 2,483,665 | A | 10/1949 | Phillips .............. 240/10.63 |
| 2,490,830 | A | 12/1949 | Norton ................ 240/10.63 |
| 2,493,205 | A | 1/1950 | Muldoon .............. 240/10.67 |
| 2,530,913 | A | 11/1950 | Shackel .............. 240/10.6 |
| 2,540,683 | A | 2/1951 | MacLean ............... 200/60 |
| 2,570,838 | A | 10/1951 | Nathan et al. ........ 240/10.68 |
| 2,599,295 | A | 6/1952 | Thomas ................ 200/60 |
| 2,737,574 | A | 3/1956 | Muller ................ 240/6.4 |
| 2,769,896 | A | 11/1956 | Lambert ............... 240/10.6 |
| 2,780,722 | A | * 2/1957 | Lambert ............... 362/205 |
| 2,830,280 | A | 4/1958 | Webber ................ 339/191 |
| 2,852,634 | A | 9/1958 | Garland ............... 200/60 |
| 2,876,410 | A | 3/1959 | Fry ................... 320/48 |
| 2,915,621 | A | 12/1959 | Garland ............... 240/10.66 |
| 2,931,005 | A | 3/1960 | Saurwein et al. ...... 339/182 |
| 2,945,944 | A | 7/1960 | Gillespie ............ 240/10.68 |
| 3,014,125 | A | 12/1961 | Draudt ................ 240/10.68 |
| 3,076,891 | A | 2/1963 | Moore ................. 240/10.66 |
| 3,078,761 | A | 2/1963 | Zorn .................. 38/24 |
| D197,082 | S | 12/1963 | Oakley et al. ........ D48/24 |
| 3,184,589 | A | 5/1965 | Gibbens ............... 240/10.67 |
| 3,264,464 | A | 8/1966 | Gits .................. 240/10.67 |
| 3,323,118 | A | 5/1967 | Chan .................. 340/321 |
| D208,940 | S | 10/1967 | Moore ................. D48/24 |
| 3,521,050 | A | 7/1970 | Shagena, Jr. ......... 240/10.66 |
| 3,526,765 | A | 9/1970 | Rossi ................. 240/10.6 |
| 3,652,846 | A | 3/1972 | Starck, II ........... 240/10.63 |
| 3,737,649 | A | * 6/1973 | Nelson et al. ........ D26/48 X |
| D231,560 | S | 4/1974 | Keller ................ D26/2 |
| 3,825,740 | A | 7/1974 | Friedman et al. ...... 240/10.6 |
| 3,829,676 | A | 8/1974 | Nelson et al. ........ 240/10.6 |
| 3,835,272 | A | 9/1974 | Wisenbaker ........... 200/60 |
| 3,890,498 | A | 6/1975 | Toth, Sr. ............ 240/10.66 |
| 3,924,116 | A | 12/1975 | Brindley .............. 240/10.6 |

| | | | |
|---|---|---|---|
| RE29,047 | E | 11/1976 | Brindley ............. 240/10.66 |
| D242,277 | S | 11/1976 | Waldorf |
| 3,992,596 | A | 11/1976 | Miller ................ 200/60 |
| 4,060,723 | A | 11/1977 | Nelson ................ 362/205 |
| 4,092,580 | A | 5/1978 | Prinsze ............... 320/2 |
| 4,114,187 | A | 9/1978 | Uke ................... 362/158 |
| 4,151,583 | A | 4/1979 | Miller ................ 362/205 |
| 4,156,271 | A | 5/1979 | Vercellotti .......... 362/202 |
| 4,171,534 | A | 10/1979 | Strowe ................ 362/183 |
| 4,187,532 | A | 2/1980 | Naffier ............... 362/186 |
| 4,203,150 | A | 5/1980 | Shamlian ............. 362/183 |
| 4,220,985 | A | 9/1980 | Hukuba ................ 362/203 |
| 4,234,913 | A | 11/1980 | Ramme ................. 362/158 |
| 4,237,526 | A | 12/1980 | Wood .................. 362/158 |
| 4,261,026 | A | 4/1981 | Bolha ................. 362/101 |
| 4,286,311 | A | 8/1981 | Maglica ............... 362/205 |
| D263,170 | S | * 2/1982 | Maglica ............... D26/49 |
| 4,322,782 | A | 3/1982 | Wong .................. 362/183 |
| 4,327,401 | A | 4/1982 | Silberg ............... 362/183 |
| 4,329,740 | A | 5/1982 | Colvin ................ 362/184 |
| 4,348,715 | A | 9/1982 | Christensen et al. ... 362/109 |
| 4,357,648 | A | * 11/1982 | Nelson ................ 362/184 X |
| 4,388,673 | A | 6/1983 | Maglica ............... 362/183 |
| 4,398,238 | A | 8/1983 | Nelson ................ 362/187 |
| 4,415,954 | A | 11/1983 | Schaefer .............. 362/202 |
| 4,429,351 | A | 1/1984 | Petzl et al. ......... 362/202 |
| 4,472,766 | A | 9/1984 | Hung .................. 362/158 |
| 4,479,171 | A | 10/1984 | Mains ................. 362/102 |
| 4,495,551 | A | 1/1985 | Foltz ................. 362/205 |
| 4,504,890 | A | 3/1985 | Chan .................. 362/203 |
| 4,514,790 | A | 4/1985 | Will .................. 362/183 |
| 4,527,223 | A | 7/1985 | Maglica ............... 362/187 |
| 4,531,178 | A | 7/1985 | Uke ................... 362/158 |
| 4,577,263 | A | 3/1986 | Maglica ............... 362/187 |
| 4,581,686 | A | 4/1986 | Nelson ................ 362/204 |
| 4,656,565 | A | 4/1987 | Maglica ............... 362/187 |
| 4,658,336 | A | * 4/1987 | Maglica ............... 362/205 X |
| 4,695,551 | A | 9/1987 | Samhaber et al. ...... 435/292 |
| 4,725,932 | A | 2/1988 | Gammache ............. 362/202 |
| 4,733,337 | A | 3/1988 | Bieberstein .......... 362/206 |
| 4,750,095 | A | * 6/1988 | Huang ................. 362/202 X |
| 4,777,582 | A | * 10/1988 | Sharrah ............... 362/202 X |
| D306,492 | S | * 3/1990 | Sharrah ............... D26/49 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 138873 | 10/1950 |
| DE | 2408928 | 1/1976 |
| FR | 1430456 | 3/1966 |
| FR | 2372382 | 6/1978 |
| GB | 292836 | 6/1928 |
| GB | 411218 | 6/1934 |
| GB | 549104 | 11/1942 |
| GB | 752619 | 7/1956 |
| GB | 812980 | 5/1959 |
| GB | 884212 | 12/1961 |
| GB | 2091863 | 8/1982 |

## OTHER PUBLICATIONS

Kel-Lite Flashlight Advertising—Near Indestructible pages (Ex. DX 5010).

Kel-Lite Advertising (4 pages) (Ex. DX 5022).

Kel-Lite Advertising "The Original Flashlight Made To Last a Lifetime!", 1 pg. (Ex. DX 50??).

Kel-Lite article (1 pg.) from *The Wall Street Journal*, Thrusday, Jun. 2, 1977 (Ptf's Ex. 3051).

Eddie Bauer—"Indispensibles for Home, Sports and Travel"—3-page ad (Ex. DX 5014).

## US D530,438 S
### Page 3

Eddie Bauer—"Indispensibles for Home, Sports and Travel"—2–page ad—w/note from Bud Folcke (Sue) to Don dated Aug. 6, 1974 (Ex. DX 5019).

_____, Inc. "Outdoor Sportsmans Supplies", Summer 1979 "Over 300 Price Cuts" (2 pgs.) (Ex. DX 5508).

"Law and Order", vol. 30, No. 10, Oct. 1982 (3 pgs.—cover, editorial and p. 26) (Ex. DX 5505).

"Trooper™ Superlight" (1 pg. ad) (Ex. DX 5579).

"Lumilite®" 2–page ad. re flashlights (Ex. DX 5578).

"Krypton" 2–pg. ad re flashlights (Ex. DX 5577).

"Magna–Force", "Aluminum Extruded Handlights 70% Brighter!" ad (1 page) (Ex. DX 5254).

"First of its Kind! Streamlite–20."0 ad (2 pg.) (Ex. DX 5068).

"The Longer, Stronger Streamline–35." (2 pg. ad) (Ex. DX 5070).

"Who says they're the best? You do!" (1 pg. ad) (Ex. DX 5069).

"The Power of Light", Streamlight, Inc., 11 pg. brochure (Ex. DX 5073).

Gem Products, a Division of Expert Precision Products, Inc., 4 pg. brochure, mraked Exhibit DX 5058.

"Luma–Tech" brochure, 11 pg. brochure (Ex. BRX 203).

"Smoke–Cutter", "The Professional Fire–Fighter's Flashlight" brochure, 2 pg. (Ex. DX 5055).

F. Morton Pitt Co., brochure re "Code Four"™, 4 pages (Ex. DX 5053).

"Code Four", "No Further Assistance Needed", 2 page ad (Ex. DX 5054).

Police Equipment Division ad re Flashlights and Accessories, 2 pages, (Ex. BRX 202).

"Power Probe—Medical Flashlight" ad by Police Equipment Division (1978), 1 pg., (Ex. BRX 204).

"The Perfect Premium/Incentive" by Tru–Grit® Flashlights, 1 pg. (Ex. DX 5046).

"Yardney Presents 2 Bright Lights", Yardney Electric Corporation, 1 pg. (Ex. DX 5047).

B–Lite™, "America's finest Hand Held Flashlight"—"C" cell, 1 pg. price list and order form (Ex. DX 5043).

B–Lite™, "For Those Who Demand The Very Best!", 2 pg. ad, (Ex. DX 5042).

B–Lite, 2 pg. cut–away view and order form and price list (Ex. DX 5039).

Bianchi B–Lite "The World's Finest Handheld Spotlight", 3 pg. ad re Police Accessories (Ex. DX 5038).

Bianchi B–Lite, 3 pg. 1977 Catalog (Ex. DX 5040).

Bianchi B–Lite, 4 pg. 1978 listing (Ex. DX 5041).

B–Lite, The world standard by which all gunleather is judged™, 2 pg. ad (Ex. BRX 207).

Bianchi B–Lite, 1 pg. ad and price list (Ex. 6471).

Bianchi Super B–Lite, "New High Intensity Reflector!", 1 pg. ad (Ex. 6472).

B–Lite "All New Push–Button Switch!", 1 pg. ad (Ptf's Ex. 3045).

Bianchi Super B–Lite, New High Intensity Reflector ad marked Ptf's Exh. 3044.

Bianchi B–Lite, 1 pg. ad marked Ptf's Ex. 3043.

Safariland, 4 pg. brochure (Ex. DX 5015).

Safariland 76, 4 pg. brochure (Ex. DX 5020).

Safariland 1977, 5 pg. brochure (Ex. DX 5017).

1978 Safariland brochure, 6 pgs. (Ex. DX 5018).

Safariland 1980 brochure, 8 pgs. (Ex. DX 5021).

Safariland Kel–lite: "The Last Flashlight You'll Ever Have To Buy", 3 pg. brochure (Ex. BRX 200).

Safariland Pursuit Case—Firepower, 2 pg. ad (Ptf's Ex. 3042).

Pro–Light brochure, Jabsco Products ITT (1978), 4 pg. brochure (Ex. DX 5026).

Pro–Light brochure, 6 pgs. (Ex. DX 5027).

Sireno Pro–Light, Professional Flashlights, 1 pg. ad by Jabsco Products ITT (1978) (Ex. DX 5028).

Greystone Marketing, 4 pg. Ordering Information and price list (Ex. DX 5029).

Pro–Light "Distributor Price Schedule" by Greystone Marketing, 4 pgs. (Ex. DX 5030).

Pro–Light™, Professional Flashlights, brochure, "Introducing Pro–Loc Adjustable Beam Flashlight", by Greystone Marketing, Inc. (1982), 16 pgs. (Ex. DX 5031).

Pro–Light™, Professional Flashlights brochure, 8 pgs. (Ptf's Ex. 478–A).

Pro–Light brochure, by VSI Recreation Products, 2 pgs. (Ptf's Ex. CX–1312).

Rayovac Corporation, 4 pg. brochure re Police Flashlights, (Ex. BRX–342).

"Defensive Tactics Flashlights", Official DTI Manual by John G. Peters, Jr., 31 pgs. (Ex. BRX 212).

Bass Pro Shops, Christmas 1983 catalog, 3 pgs., (Ex. BRX 210).

"The Law Officer's Magazine—Police", FBI, The Hoover Years, 2 pg. ad re Mag–Lite (Ex. BRX 302).

"The Law Officer's Magazine—Police", Mar.–Apr. 1978, vol. 2, No. 2, cover and 3 pgs. (Ptf's Ex. CX–1314).

"Lights", brochure by Justrite®, 5 pgs. (Ptf's Ex. CX–1310).

Sa–So Sargent–Sowell Inc. brochure, 7 pgs. (Ex. BRX 206).

"Home & Auto" ad (Nov. 1980), 3 pgs. (Ex BRX 216).

"Mag–Lite", "Standard Head "D" & "C" Size Commercial Specifications", 2 pg. marked Confidential—Counsel Eyes Only—(Ex BRX 119).

G.T. Price Products, Inc. "The Professional Line" catalog, 9 pgs. (Ptf's Ex. CX 1431).

National Law Enforcement Supply, "Off–Duty Gift Catalog", 5 pgs. (Ptf's Ex. CX 1313).

"Magnificent!", Mag Charger by Mag Instrument, 2 pg. ad May 1984 (Ex. BRX 213).

Mag Lite ad "They demand . . . the very best.", 1 pg. (Ex. BRX 291).

Mag–Lite™ ad, "Strength & Reliability", 1 pg. (Ex. BRX 202 (Depo. Ex. PX 82).

"The Last Flashlight You'll Ever Have to Buy" (Ptf's Ex. 3050).

The Sunday Oregonian, Dec. 1982 "From: GI Joe's", 1 pg. ad re Mag–Lite (Ptf's Ex. 3055).

Mag–Lite, 1 pg. ad by The 63rd CSGA Annual National Convention and Exhibition, Feb. 3–6, 1980 (Ex. BRX 219).

Mag Instrument ad, 1 pg. (Ex. BRX 211).

Mag–Lite add, 1 pg. by Nationwide Sports Distributor, (Ex. BRX 220).

"Mag–lite™, The right light . . . for the job." 4 pg. brochure, (Ptf's Ex. 425).

"A precision tool . . .", by Mag–lite, 1 pg. (Ptf's Ex. 422–A).

"Pick up the lighters", by Mag Instrument, 1 pg. ad (Ptf's Ex. 422–B).

Mag–lite®, 1 pg. ad re C–Cell & D–Cell, (Ptf's Ex. 483).

View of flashlight, Ex. DX 5625.

View of flashlight, Ex. DX 5626.

View of flashlight, Ex. DX 5628.

View of flashlight, Ex. DX 5629.

View of flashlight, Ex. DX 5640.

Exhibit _2_ Page 32

## US D530,438 S
Page 4

View of flashlight, Ex. DX 5641.
View of flashlight, Ex. DX 5642.
View of flashlight, Ex. DX 5643.
View of flashlight, (Ptf's Ex. 92).
View of flashlight, (Ptf's Ex. 93).
View of flashlight, (Ptf's Ex. 95).
View of flashlight, (Ptf's Ex. 96).
View of flashlight, (Ptf's Ex. 98).
View of flashlight, (Ptf's Ex. 100).
View of flashlight, (Ptf's Ex. 103).
View of flashlight, (Ptf's Ex. 104).
View of flashlight, (Ptf's Ex. 106).
View of flashlight, (Ptf's Ex. 108).
View of flashlight, (Ptf's Ex. 247).
View of flashlights, (6) (Ptf's Ex. 415).
View of flashlight, (Ptf's Ex. 699).
View of flashlight, (Ptf's Ex. 701).
View of flashlight, (Ptf's Ex. 702).
View of flashlight, (Ptf's Ex. 704).
View of flashlight, (Ptf's Ex. 709).
View of flashlight, (Ptf's Ex. 713).
View of flashlight, (Ptf's Ex. 714).
View of flashlight, (Ptf's Ex. 724).
View of flashlight, (Ptf's Ex. 728).
View of flashlight, (Ptf's Ex. 748 or 743?) (has carrying strap).
View of flashlight, (Ptf's Ex. 740).
View of flashlight, (Ptf's Ex. 744).
View of flashlight, (Ptf's Ex. 747).
Eveready Masterlites, The Light of a New Age, 11 pg. catalog, marked Ex. DX 5326.
Eveready Daylo, Dealer's Edition Catalog No. 736, (1918), 8 pgs. (Ex. DX 5327).
"The History of Portable Light in America", 24 pg. by Eveready (Ex. DX 5325).
"Eveready Automatic Spotlights", 15 pg. brochure (Ex. DX 5324).
50–pg. booklet, 1st legible page reads "To the founders and past presidents of the Bridgeport Metal Goods Manufacturing Company . . . ", (Ex. No. not legible).
View of flashlight with Coca Cola can and ruler, marked "5001".
View of flashlight with Coca Cola can and ruler, marked "5002".
View of flashlight with Coca Cola can and ruler, marked "5003".
View of flashlight with Coca Cola can and ruler, marked "5004".
View of flashlight with Coca Cola can and ruler, marked "5005".
View of flashlight with Coca Cola can and ruler, marked "5006".
View of flashlight with Coca Cola can and ruler, marked "5007".
View of flashlight with Coca Cola can and ruler, marked "5008".
View of flashlight with Coca Cola can and ruler, marked "5009".
View of flashlight with Coca Cola can and ruler, marked "5023".
View of flashlight with Coca Cola can and ruler, marked "5024".
View of flashlight with Coca Cola can and ruler, marked "5025".

View of flashlight with Coca Cola can and ruler, marked "5032".
View of flashlight with Coca Cola can and ruler, marked "5033".
View of flashlight with Coca Cola can and ruler, marked "5034".
View of flashlight with Coca Cola can and ruler, marked "5035".
View of flashlight with Coca Cola can and ruler, marked "5036".
View of flashlight with Coca Cola can and ruler, marked "5045".
View of flashlight with Coca Cola can and ruler, marked "5048".
View of flashlight with Coca Cola can and ruler, marked "5049".
View of flashlight with Coca Cola can and ruler, marked "5050".
View of flashlight with Coca Cola can and ruler, marked "5051".
View of flashlight with Coca Cola can and ruler, marked "5052".
View of flashlight with Coca Cola can and ruler, marked "5056".
View of flashlight with Coca Cola can and ruler, marked "5057".
View of flashlight with Coca Cola can and ruler, marked "5060".
View of flashlight with Coca Cola can and ruler, marked "5061".
View of flashlight with Coca Cola can and ruler, marked "5062".
View of flashlight with Coca Cola can and ruler, marked "5063".
View of flashlight with Coca Cola can and ruler, marked "5064".
View of flashlight with Coca Cola can and ruler, marked "5065".
View of flashlight with Coca Cola can and ruler, marked "5067".
View of flashlight with Coca Cola can and ruler, marked "5074A".
View of flashlight with Coca Cola can and ruler, marked "5075A".
View of flashlight with Coca Cola can and ruler, marked "5076".
View of flashlight with Coca Cola can and ruler, marked "5078".
View of flashlight with Coca Cola can and ruler, marked "5079".
View of flashlight with Coca Cola can and ruler, marked "5080".
View of flashlight with Coca Cola can and ruler, marked "5081".
View of flashlight with Coca Cola can and ruler, marked "5082".
View of flashlight with Coca Cola can and ruler, marked "5083".
View of flashlight with Coca Cola can and ruler, marked "5084".
View of flashlight with Coca Cola can, "Maxlite 5–3–2" box and ruler, marked "5111".
View of flashlight with Coca Cola can and ruler, marked "5112".

**US D530,438 S**

Page 5

View of flashlight with Coca Cola can and ruler, marked "5115".

View of flashlight with Coca Cola can and ruler, marked "5118".

View of flashlight with Coca Cola can and ruler, marked "5118A".

View of flashlight with Coca Cola can and ruler, marked "5126".

View of flashlight with Coca Cola can and ruler, marked "5127".

View of flashlight with Coca Cola can and ruler, marked "5129".

View of flashlight with Coca Cola can and ruler, marked "5130".

View of flashlight with Coca Cola can and ruler, marked "5131".

View of flashlight with Coca Cola can and ruler, marked "5132".

View of flashlight with Coca Cola can and ruler, marked "5133".

View of flashlight with Coca Cola can and ruler, marked "5137A".

View of flashlight with Coca Cola can and ruler, marked "5145".

View of flashlight with Coca Cola can and ruler, marked "5147".

View of flashlight with Coca Cola can and ruler, marked "5149".

View of flashlight with Coca Cola can and ruler, marked "5154".

View of flashlight with Coca Cola can and ruler, marked "5279".

View of flashlight with Coca Cola can and ruler, marked "5300".

View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5301".

View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5302".

View of flashlight with Coca Cola can, "Rayovac Police Flashlight" box and ruler, marked "5303".

View of flashlight with Coca Cola can and ruler, marked "5304".

View of flashlight with Coca Cola can and ruler, marked "5305".

View of flashlight with Coca Cola can and ruler, marked "5306".

View of flashlight with Coca Cola can and ruler, marked "5307".

View of flashlight with Coca Cola can and ruler, marked "5308".

View of flashlight with Coca Cola can and ruler, marked "5309".

View of flashlight with Coca Cola can and ruler, marked "5310".

View of flashlight with Coca Cola can and ruler, marked "5311".

View of flashlight with Coca Cola can and ruler, marked "5312".

View of flashlight with Coca Cola can and ruler, marked "5313".

View of flashlight with Coca Cola can and ruler, marked "5314".

View of flashlight with Coca Cola can and ruler, marked "5315".

View of flashlight with Coca Cola can and ruler, marked "5317".

View of flashlight with Coca Cola can and ruler, marked "5318".

View of flashlight with Coca Cola can and ruler, marked "5319".

View of flashlight with Coca Cola can and ruler, marked "5320".

View of flashlight with Coca Cola can and ruler, marked "5321".

View of flashlight with Coca Cola can and ruler, marked "5322".

View of flashlight with Coca Cola can and ruler, marked "5841".

View of flashlight with Coca Cola can and ruler, marked "5845".

View of flashlight with Coca Cola can and ruler, marked "5846".

View of flashlight with Coca Cola can and ruler, marked "5971".

View of flashlight with Coca Cola can and ruler, marked "5972".

View of flashlight with Coca Cola can and ruler, marked "5973".

View of flashlight with Coca Cola can and ruler, marked "5974".

View of flashlight with Coca Cola can, "Bianci" box and ruler, marked "6005A".

View of flashlight with Coca Cola can and ruler, marked "6005A".

View of flashlight with Coca Cola can and ruler, marked "6112".

View of flashlight with Coca Cola can and ruler, marked "6118".

View of flashlight with Coca Cola can and ruler, marked "6119".

View of flashlight with Coca Cola can and ruler, marked "6120".

View of flashlight with Coca Cola can and ruler, marked "6121".

View of flashlight with Coca Cola can and ruler, marked "6124".

View of flashlight with Coca Cola can, container, and ruler, marked "12A".

View of flashlight with Coca Cola can, "Little Commander Pocketlight" packaging and ruler, marked "468".

View of flashlight with Coca Cola can and ruler, marked "2577".

View of flashlight with Coca Cola can and ruler, marked "2578".

View of flashlight with Coca Cola can and ruler, marked "2579".

View of flashlight with Coca Cola can and ruler, marked "2580".

View of flashlight with Coca Cola can and ruler, marked "2581".

View of flashlight with Coca Cola can and ruler, marked "2582".

View of flashlight with Coca Cola can and ruler, marked "2584".

View of flashlight with Coca Cola can and ruler, marked "2570".

View of flashlight with Coca Cola can and ruler, marked "2571".

Exhibit _2_ Page 34

## US D530,438 S
Page 6

View of flashlight with Coca Cola can and ruler, marked "2572".
View of flashlight with Coca Cola can and ruler, marked "2574".
View of flashlight with Coca Cola can and ruler, marked "2577".
View of flashlight with Coca Cola can and ruler, marked "2677".
View of flashlight with Coca Cola can and ruler, marked "2742".
View of flashlight with Coca Cola can and ruler, marked "2749".
View of flashlight with Coca Cola can and ruler, marked "2753".
View of flashlight with Coca Cola can and ruler, marked "2755".
View of flashlight with Coca Cola can and ruler, marked "2874".
View of flashlight with Coca Cola can and ruler, marked "3717".
View of flashlight marked "2678".
View of flashlight marked "2679".
View of flashlight, with two additional parts, marked "2580".
View of flashlight with ruler.

View of flashlight with Coca Cola can and ruler, marked "464 (CPX–55)".
View of flashlight with Coca Cola can and ruler, marked "CPX–422".
View of flashlight with Coca Cola can and ruler, marked "CPX–393".
View of flashlight with Coca Cola can and ruler, marked "CPX–385".
View of flashlight with Coca Cola can and ruler, marked "CPX–264".
View of flashlight with Coca Cola can and ruler, marked "349".
View of flashlight with Coca Cola can and ruler, marked "SL575".
View of flashlight with Coca Cola can and ruler, marked "SL351".
View of flashlight with Coca Cola can and ruler, marked "SL699".
View of flashlight with Coca Cola can and ruler, marked "SL102".
View of flashlight, marked Deposition Exhibiit 45 (?).
Weston, "Mini Flash Lite", advertisement.

* cited by examiner

Exhibit 2 Page 35

# U.S. Patent

Oct. 17, 2006

US D530,438 S



**Fig. 1**



**Fig. 2**



**Fig. 3**



**Fig. 4**

Exhibit 2 Page 36

# Exhibit 3

US00D530439S

## (12) United States Design Patent

Maglica

(10) Patent No.: **US D530,439 S**

(45) Date of Patent: ✱✱ **Oct. 17, 2006**

(54) **FLASHLIGHT**

(75) Inventor: **Anthony Maglica**, Anaheim, CA (US)

(73) Assignee: **Mag Instrument, Inc.**, Ontario, CA (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **09/385,129**

(22) Filed: **Aug. 27, 1999**

### Related U.S. Application Data

(63) Continuation of application No. 07/410,965, filed on Sep. 22, 1989, now abandoned, which is a division of application No. 07/356,361, filed on May 23, 1989, now Pat. No. 4,942,505, which is a continuation of application No. 07/222,378, filed on Jul. 19, 1988, now Pat. No. 4,899,265, which is a continuation of application No. 07/034,918, filed on Apr. 6, 1987, now abandoned, which is a continuation of application No. 06/828,729, filed on Feb. 11, 1986, now Pat. No. 4,658,336, which is a continuation of application No. 06/648,032, filed on Sep. 6, 1984, now Pat. No. 4,577,263.

(51) LOC (8) Cl. .................................................. **26–02**

(52) U.S. Cl. ..................................................... **D26/49**

(58) Field of Classification Search ............ D26/37–50; 362/157–158, 183–208

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,109,415 A | 9/1914 | Harris | |
| 1,116,048 A | 11/1914 | Farber | |
| 1,559,481 A | 10/1925 | Voorhees | |
| 1,568,093 A | 1/1926 | Shannon | |
| 1,584,539 A | 5/1926 | Hopkins | |
| 1,599,095 A | 9/1926 | McCabe | |
| 1,603,272 A | 10/1926 | Eaton | |
| 1,638,716 A | 8/1927 | Surles | |
| 1,644,126 A | 10/1927 | Harris | |
| 1,674,650 A | 6/1928 | Leser | |
| 1,680,169 A | 8/1928 | Osean | |
| 1,680,188 A | 8/1928 | Weber | |
| 1,680,484 A | 8/1928 | Stimson | |

| | | | |
|---|---|---|---|
| 1,768,554 A | 1/1930 | Freitag | |
| 1,758,835 A | 5/1930 | Hime | |
| 1,769,436 A | 7/1930 | Koretzky | |
| 1,895,913 A | 1/1933 | Buchholz | |
| 1,905,787 A | 4/1933 | Barber | |
| 2,016,819 A | 10/1935 | Meginniss | 240/10.66 |
| 2,051,889 A | 8/1936 | Nygard | 240/10.6 |
| 2,097,222 A | 10/1937 | Tompkins et al. | 340/10.66 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 114558 | 1/1942 |
| AU | 138873 | 10/1950 |
| DE | 2408928 | of 1976 |
| FR | 1430456 | of 1966 |
| FR | 2372382 | of 1976 |
| GB | 292836 | of 1928 |
| GB | 411218 | of 1934 |
| GB | 549104 | of 1942 |
| GB | 752619 | of 1956 |
| GB | 812980 | of 1959 |
| GB | 884212 | of 1961 |
| GB | 2091863 | of 1982 |

OTHER PUBLICATIONS

P. 243 of Japanese Patent Gazette Feb. 16, 1982—Utility Model 42071.

(Continued)

*Primary Examiner*—Alan P. Douglas
(74) *Attorney, Agent, or Firm*—Jones Day

(57) **CLAIM**

The ornamental design for a flashlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a flashlight showing my new design;
FIG. **2** is a side elevational view thereof; and,
FIG. **3** is a front elevational view thereof.

**1 Claim, 1 Drawing Sheet**



Exhibit 3 Page 37

# US D530,439 S

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,173,650 | A | 9/1939 | Fullmer .................... 240/10.66 |
| 2,176,301 | A | 10/1939 | Haas ....................... 240/10.66 |
| 2,180,228 | A | 11/1939 | Floorman .................. 240/10.68 |
| 2,210,312 | A | 8/1940 | Wood ...................... 240/10.6 |
| 2,212,103 | A | 8/1940 | Rothenberg et al. ...... 240/10.69 |
| 2,229,486 | A | 1/1941 | Barash et al. ............ 240/10.66 |
| 2,249,691 | A | 7/1941 | Gelardin .................. 240/10.66 |
| 2,259,106 | A | 10/1941 | Hagers ..................... 200/60 |
| 2,272,907 | A | 2/1942 | Deibeles .................. 240/10.61 |
| 2,298,042 | A | 10/1942 | Desimone ................. 240/10.66 |
| 2,338,078 | A | 12/1943 | Wood ...................... 240/10.66 |
| 2,339,356 | A | 1/1944 | Sachse .................... 240/10.66 |
| 2,341,057 | A | 2/1944 | Muldoon ................. 240/10.66 |
| 2,347,531 | A | 4/1944 | Yardeny ..................... 200/60 |
| D142,277 | S | 8/1945 | Lippincott ................. D48/24 |
| 2,396,046 | A | 3/1946 | Hipwell et al. .......... 240/10.66 |
| 2,443,539 | A | 6/1948 | Kopp ........................ 200/60 |
| 2,483,665 | A | 10/1949 | Phillips ................... 240/10.63 |
| 2,490,830 | A | 12/1949 | Norton .................... 240/10.63 |
| 2,493,205 | A | 1/1950 | Muldoon ................. 240/10.67 |
| 2,530,913 | A | 11/1950 | Shackel .................. 240/10.6 |
| 2,540,683 | A | 2/1951 | MacLeanz ................... 200/60 |
| 2,570,838 | A | 10/1951 | Nathan et al. ........... 240/10.68 |
| 2,599,295 | A | 6/1952 | Thomas ...................... 200/60 |
| D169,981 | S | 7/1953 | Lambert ..................... D48/24 |
| 2,737,574 | A | 3/1956 | Muller ..................... 240/6.4 |
| 2,769,896 | A | 11/1956 | Lambert ................... 240/10.6 |
| 2,830,280 | A | 4/1958 | Webber .................... 339/191 |
| 2,852,634 | A | 9/1958 | Garland ..................... 200/60 |
| 2,876,410 | A | 3/1959 | Fry ......................... 320/48 |
| 2,915,621 | A | 12/1959 | Garland .................. 240/10.66 |
| 2,931,005 | A | 3/1960 | Saurwein et al. ......... 339/182 |
| 2,945,944 | A | 7/1960 | Gillespie ................. 240/10.68 |
| 3,264,464 | A | 8/1961 | Gits ...................... 240/10.67 |
| 3,014,125 | A | 12/1961 | Draudt ................... 240/10.68 |
| 3,076,689 | A | 2/1963 | Taylor ....................... 8/119 |
| 3,076,891 | A | 2/1963 | Moore ..................... 240/10.66 |
| 3,078,761 | A | 2/1963 | Zorn .......................... 38/24 |
| D197,082 | S | 12/1963 | Oakley et al. ............. D48/24 |
| 3,184,589 | A | 5/1965 | Gibbens .................. 240/10.67 |
| 3,323,118 | A | 5/1967 | Chan ........................ 340/321 |
| D208,940 | S | 10/1967 | Moore ...................... D48/24 |
| 3,521,050 | A | 7/1970 | Shagena, Jr. ............ 240/10.66 |
| 3,526,765 | A | 9/1970 | Rossi ..................... 240/10.6 |
| 3,622,776 | A | 11/1971 | Wyrick ................... 240/10.6 |
| 3,652,846 | A | 3/1972 | Starck, II ............... 240/10.63 |
| 3,737,649 | A | 6/1973 | Nelson et al. ........... 240/6.42 |
| D231,560 | S | 4/1974 | Keller ...................... D26/2 |
| 3,825,740 | A | 7/1974 | Friedman et al. ......... 240/10.6 |
| 3,829,676 | A | 8/1974 | Nelson et al. ............ 240/10.6 |
| 3,835,272 | A | 9/1974 | Wisenbaker .................. 200/60 |
| 3,890,498 | A | 6/1975 | Toth, Sr. ................ 240/10.66 |
| 3,924,116 | A | 12/1975 | Brindley ................. 240/10.6 |
| RE29,047 | E | 11/1976 | Brindley ................. 240/10.66 |
| D242,277 | S | 11/1976 | Waldorf .................... D22/26 |
| 3,992,596 | A | 11/1976 | Miller ....................... 200/60 |
| 4,060,723 | A | 11/1977 | Nelson .................... 362/205 |
| 4,092,580 | A | 5/1978 | Prinsze ..................... 320/2 |
| 4,114,187 | A | 9/1978 | Uke ....................... 362/158 |
| 4,151,583 | A | 4/1979 | Miller .................... 362/205 |
| 4,156,271 | A | 5/1979 | Vercellotti ............... 362/202 |
| 4,171,534 | A | 10/1979 | Strowe ................... 362/183 |
| 4,187,532 | A | 2/1980 | Naffier ................... 362/186 |
| 4,203,150 | A | 5/1980 | Shamlian ................. 362/183 |
| 4,220,985 | A | 9/1980 | Hukuba ................... 362/203 |
| 4,234,913 | A | 11/1980 | Ramme .................... 362/158 |
| 4,237,526 | A | 12/1980 | Wood ..................... 362/158 |
| 4,261,026 | A | 4/1981 | Bolha ..................... 362/101 |
| 4,286,311 | A | 8/1981 | Maglica .................. 362/205 |
| D263,170 | S | 2/1982 | Maglica .................... D26/49 |

| | | | |
|---|---|---|---|
| 4,322,782 | A | 3/1982 | Wong ..................... 362/183 |
| 4,327,401 | A | 4/1982 | Siiberg .................. 362/183 |
| 4,329,740 | A | 5/1982 | Colvin ................... 362/184 |
| 4,348,715 | A | 9/1982 | Christensen et al. ...... 362/109 |
| 4,357,648 | A | 11/1982 | Nelson ................... 362/183 |
| 4,388,673 | A | 6/1983 | Maglica .................. 362/183 |
| 4,398,232 | A | 8/1983 | Elmore ..................... 361/47 |
| 4,398,238 | A | 8/1983 | Nelson ................... 362/187 |
| 4,415,954 | A | 11/1983 | Schaefer ................. 362/202 |
| 4,429,351 | A | 1/1984 | Petzl et al. ............. 362/202 |
| 4,472,766 | A | 9/1984 | Hung .................... 362/158 |
| 4,479,171 | A | 10/1984 | Mains ................... 362/102 |
| 4,495,551 | A | 1/1985 | Foltz .................... 362/205 |
| 4,504,890 | A | 3/1985 | Chan .................... 362/203 |
| 4,514,790 | A | 4/1985 | Will ..................... 362/183 |
| 4,527,223 | A | 7/1985 | Maglica .................. 362/187 |
| 4,531,178 | A | 7/1985 | Uke ...................... 362/158 |
| 4,577,263 | A | 3/1986 | Maglica .................. 362/187 |
| 4,581,686 | A | 4/1986 | Nelson ................... 362/204 |
| 4,656,565 | A | 4/1987 | Maglica .................. 362/187 |
| 4,658,336 | A | 4/1987 | Maglica .................. 362/197 |
| 4,695,551 | A | 9/1987 | Samhaber et al. ......... 435/292 |
| 4,725,932 | A | 2/1988 | Gammache ................. 362/202 |
| 4,733,337 | A | 3/1988 | Bieberstein .............. 362/206 |
| 4,750,095 | A | 6/1988 | Huang ................... 362/190 |
| D297,669 | S | 9/1988 | Rinaldi et al. ............ D26/49 |
| 4,777,582 | A | 10/1988 | Sharrah .................. 362/205 |
| D306,492 | S | 3/1990 | Sharrah .................... D26/49 |
| D306,910 | S | 3/1990 | Kung ...................... D26/49 |
| D308,109 | S | 5/1990 | Maglica et al. ............ D26/49 |
| D308,257 | S | 5/1990 | Staubitz et al. ........... D26/49 |
| D308,258 | S | 5/1990 | Kung-kit et al. ........... D26/49 |

## OTHER PUBLICATIONS

P. 433 of Japanese Patent Gazette Apr. 1, 1981 (Taiwan)—Utility Model.
Kel–Lite Flashlight Advertising—Near Indestructible pages (Ex. DX 5010).
Kel–Lite Advertising (4 pages) (Ex. DX 5022).
Kel–Lite Advertising "The Original Flashlight Made To Last a Lifetime!", 1 pg. (Ex. DX 50??).
Kel–Lite article (1 pg.) from *The Wall Street Journal*, Thrusday, Jun. 2, 1977 (Ptf's Ex. 3051).
Eddie Bauer—"Indispensibles for Home, Sports and Travel"—3–page ad (Ex. DX 5014).
Eddie Bauer—"Indispensibles for Home, Sports and Travel"—2–page ad—w/note from Bud Folcke (Sue) to Don dated Aug. 6, 1974 (Ex. DX 5019).
⎯. Inc. "Outdoor Sportsmans Supplies", Summer 1979 "Over 300 Price Cuts" (2 pgs.) (Ex. DX 5508).
"Law and Order", vol. 30, No. 10, Oct. 1982 (3 pgs.—cover, editorial and p. 26) (Ex. DX 5505).
"Trooper™ Superlight" (1 pg. ad) (Ex. DX 5579).
"Lumilite®" 2–page ad. re flashlights (Ex. DX 5578).
"Krypton" 2–pg. ad re flashlights (Ex. DX 5577).
"Magna–Force", "Aluminum Extruded Handlights 70% Brighter!" ad (1 page) (Ex. DX 5254).
"First of its Kind! Streamlite–20." ad (2 pg.) (Ex. DX 5068).
"The Longer, Stronger Streamlite–35." (2 pg. ad) (Ex. DX 5070).
"Who says they're the best? You do!" (1 pg. ad) (Ex. DX 5069).
"The Power of Light", Streamlight, Inc., 11 pg. brochure (Ex. DX 5073).
Gem Products, a Division of Expert Precision Products, Inc., 4 pg. brochure, mraked Exhibit DX 5058.
"Luma–Tech" brochure, 11 pg. brochure (Ex. BRX 203).

Exhibit 3 Page 38

## US D530,439 S
Page 3

"Smoke–Cutter", "The Professional Fire–Fighter's Flash-light" brochure, 2 pg. (Ex. DX 5055).

F. Morton Pitt Co., brochure re "Code Four"™, 4 pages (Ex. DX 5053).

"Code Four", "No Further Assistance Needed", 2 page ad (Ex. DX 5054).

Police Equipment Division ad re Flashlights and Accessories, 2 pages, (Ex. BRX 202).

"Power Probe—Medical Flashlight" ad by Police Equipment Division (1978), 1 pg., (Ex. BRX 204).

"The Perfect Premium/Incentive" by Tru–Grit® Flashlights, 1 pg. (Ex. DX 5046).

"Yardney Presents 2 Bright Lights", Yardney Electric Corporation, 1 pg. (Ex. DX 5047).

B–Lite™, "America's finest Hand Held Flashlight"—"C" cell, 1 pg. price list and order form (Ex. DX 5043).

B–Lite™, "For Those Who Demand The Very Best!", 2 pg. ad, (Ex. DX 5042).

B–Lite, 2 pg. cut–away view and order form and price list (Ex. DX 5039).

Bianchi B–Lite "The World's Finest Handheld Spotlight", 3 pg. ad re Police Accessories (Ex. DX 5038).

Bianchi B–Lite, 3 pg. 1977 Catalog (Ex. DX 5040).

Bianchi B–Lite, 4 pg. 1978 listing (Ex. DX 5041).

B–Lite, The world standard by which all gunleather is judged™, 2 pg. ad (Ex. BRX 207).

Bianchi B–Lite, 1 pg. ad and price list (Ex. 6471).

Bianchi Super B–Lite, "New High Intensity Reflector!", 1 pg. ad (Ex. 6472).

B–Lite "All New Push–Button Switch!", 1 pg. ad (Ptf's Ex. 3045).

Bianchi Super B–Lite, New High Intensity Reflector ad marked Ptf's Exh. 3044.

Bianchi B–Lite, 1 pg. ad marked Ptf's Ex. 3043.

Safariland, 4 pg. brochure (Ex. DX 5015).

Safariland 76, 4 pg. brochure (Ex. Dx 5020).

Safariland 1977, 5 pg. brochure (Ex. DX 5017).

1978 Safariland brochure, 6 pgs. (Ex. DX 5018).

Safariland 1980 brochure, 8 pgs. (Ex. DX 5021).

Safariland Kel–lite: "The Last Flashlight You'll Ever Have To Buy", 3 pg. brochure (Ex. BRX 200).

Safariland Pursuit Case—Firepower, 2 pg. ad (Ptf's Ex. 3042).

Pro–Light brochure, Jabsco Products ITT (1978), 4 pg. brochure (Ex. DX 5026).

Pro–Light brochure, 6 pgs. (Ex. DX 5027).

Sireno Pro–Light, Professional Flashlights, 1 pg. ad by Jabsco Products ITT (1978) (Ex. DX 5028).

Greystone Marketing, 4 pg. Ordering Information and price list (Ex. DX 5029).

Pro–Light Distributer Price Schedule ' by Greystone Marketing, 4 pgs. (Ex. DX 5030).

Pro–Light™, Professional Flashlights, brochure "Introducing Pro–Loc Adjustable Beam Flashlights", by Greystone Marketing, Inc. (1982), 16 pgs. (Ex. DX 5031).

Pro–Light™, Professional Flashlights brochure, 8 pgs. (Ptf's Ex. 478–A).

Pro–Light brochure, by VSI Recreation Products, 2 pgs. (Ptf's Ex. CX–1312).

Rayovac Corporation, 4 pg. brochure re Police Flashlights, (Ex. BRX–342).

"Defensive Tactics Flashlights", official DTI Manual by John G. Peters, Jr., 31 pgs. (Ex. BRX 212).

Bass Pro Shops, Christmas 1983 catalog, 3 pgs., (Ex. BRX 210).

"The Law Officer's Magazine—Police", FBI, The Hoover Years, 2 pg. ad re Mag–Lite (Ex. BRX 302).

"The Law Officer's Magazine—Police", Mar.–Apr. 1978, vol. 2, No. 2, cover and 3 pgs. (Ptf's Ex. CX–1314).

"Lights", brochure by Justrite®, 5 pgs. (Ptf's Ex. CX–1310).

Sa–So Sargent–Sowell Inc. brochure, 7 pgs. (Ex. BRX 206).

"Home & Auto" ad (Nov. 1980), 3 pgs. (Ex BRX 216).

"Mag–Lite", "Standard Head "D" & "C" Size Commercial Specifications", 2 pg. marked Confidential—Counsel Eyes Only—(Ex BRX 119).

G.T. Price Products, Inc. "The Professional Line" catalog, 9 pgs. (Ptf's Ex. CX 1431).

National Law Enforcement Supply, "Off–Duty Gift Catalog", 5 pgs. (Ptf's Ex. CX 1313).

"Magnificent!", Mag Charger by Mag Instrument, 2 pg. ad May 1984 (Ex. BRX 213).

Mag Lite ad "They demand . . . the very best.", 1 pg. (Ex. BRX 291).

Mag–Lite™ ad, "Strength & Reliability", 1 pg. (Ex. BRX 202 (Depo. Ex. PX 82).

"The Last Flashlight You'll Ever Have to Buy" (Ptf's Ex. 3050).

The Sunday Oregonian, Dec. 1982 "From: GI Joe's", 1 pg. ad re Mag–Lite (Ptf's Ex. 3055).

Mag–Lite, 1 pg. ad by The 63rd CSGA Annual National Convention and Exhibition, Feb. 3–6, 1980 (Ex. BRX 219).

Mag Instrument ad, 1 pg. (Ex. BRX 211).

Mag–Lite add, 1 pg. by Nationwide Sports Distributor, (Ex. BRX 220).

"Mag–Lite™, The right light . . . for the job." 4 pg. brochure, (Ptf's Ex. 425).

"A precision tool . . . " by Mag–lite, 1 pg. (Ptf's Ex. 422–A).

"Pick up the lighters", by Mag Instrument, 1 pg. ad (Ptf's Ex. 422–B).

Mag–lite®, 1 pg. ad re C–Cell & D–Cell, (Ptf's Ex. 483).

View of flashlight, Ex. DX 5625.

View of flashlight, Ex. DX 5626.

View of flashlight Ex. DX 5628.

View of flashlight, Ex. DX 5629.

View of flashlight, Ex. DX 5640.

View of flashlight, Ex. DX 5641.

View of flashlight, Ex. DX 5462.

View of flashlight, Ex. DX 5643.

View of flashlight, (Ptf's Ex. 92).

View of flashlight, (Ptf's Ex. 93).

View of flashlight, (Ptf's Ex. 95).

View of flashlight, (Ptf's Ex. 96).

View of flashlight, (Ptf's Ex. 98).

View of flashlight, (Ptf's Ex. 100).

View of flashlight, (Ptf's Ex. 103).

View of flashlight, (Ptf's Ex. 104).

View of flashlight, (Ptf's Ex. 106).

View of flashlight, (Ptf's Ex. 108).

View of flashlight, (Ptf's Ex. 247).

View of flashlights, (6) (Ptf's Ex. 415).

View of flashlight, (Ptf's Ex. 699).

View of flashlight, (Ptf's Ex. 701).

View of flashlight, (Ptf's Ex. 702).

View of flashlight, (Ptf's Ex. 704).

View of flashlight, (Ptf's Ex. 709).

View of flashlight, (Ptf's Ex. 713).

View of flashlight, (Ptf's Ex. 714).

Exhibit _3_ Page 39

## US D530,439 S
Page 4

View of flashlight, (Ptf's Ex. 724).

View of flashlight, (Ptf's Ex. 728).

View of flashlight, (Ptf's Ex. 748 or 743?) (has carrying strap).

View of flashlight, (Ptf's Ex. 740).

View of flashlight, (Ptf's Ex. 744).

View of flashlight, (Ptf's Ex. 747).

Eveready Masterlites, The Light of a New Age, 11 pg. catalog, marked Ex. DX 5326.

Eveready Daylo, Dealer's Edition Catalog No. 736, (1918), 8 pgs. (Ex. DX 5327).

"The History of Portable Light in America", 24 pg. by Eveready (Ex. DX 5325).

"Eveready Automatic Spotlights", 15 pg. brochure (Ex. DX 5324).

50–pg. booklet, 1st legible page reads "To the founders and past presidents of the Bridgeport Metal Goods Manufacturing Company . . . ", (Ex. No. not legible).

View of flashlight with Coca Cola can and ruler, marked "5001".

View of flashlight with Coca Cola can and ruler, marked "5002".

View of flashlight with Coca Cola can and ruler, marked "5003".

View of flashlight with Coca Cola can and ruler, marked "5004".

View of flashlight with Coca Cola can and ruler, marked "5005".

View of flashlight with Coca Cola can and ruler, marked "5006".

View of flashlight with Coca Cola can and ruler, marked "5007".

View of flashlight with Coca Cola can and the ruler, marked "5008".

View of flashlight with Coca Cola can and ruler, marked "5009".

View of flashlight with Coca Cola can and ruler, marked "5023".

View of flashlight with Coca Cola can and ruler, marked "5024".

View of flashlight with Coca Cola can and ruler, marked "5025".

View of flashlight with Coca Cola can and ruler, marked "5032".

View of flashlight with Coca Cola can and ruler, marked "5033".

View of flashlight with Coca Cola can and ruler, marked "5034".

View of flashlight with Coca Cola can and ruler, marked "5035".

View of flashlight with Coca Cola can and ruler, marked "5036".

View of flashlight with Coca Cola can and ruler, marked "5045".

View of flashlight with Coca Cola can and ruler, marked "5048".

View of flashlight with Coca Cola can and ruler, marked "5049".

View of flashlight with Coca Cola can and ruler, marked "5050".

View of flashlight with Coca Cola can and ruler, marked "5051".

View of flashlight with Coca Cola can and ruler, marked "5052".

View of flashlight with Coca Cola can and ruler, marked "5056".

View of flashlight with Coca Cola can and ruler, marked "5057".

View of flashlight with Coca Cola can and ruler, marked "5060".

View of flashlight with Coca Cola can and ruler, marked "5061".

View of flashlight with Coca Cola can and ruler, marked "5062".

View of flashlight with Coca Cola can and ruler, marked "5063".

View of flashlight with Coca Cola can and ruler, marked "5064".

View of flashlight with Coca Cola can and ruler, marked "5065".

View of flashlight with Coca Cola can and ruler, marked "5067".

View of flashlight with Coca Cola can and ruler, marked "5074A".

View of flashlight with Coca Cola can and ruler, marked "5075A".

View of flashlight with Coca Cola can and ruler, marked "5076".

View of flashlight with Coca Cola can and ruler, marked "5078".

View of flashlight with Coca Cola can and ruler, marked "5079".

View of flashlight with Coca Cola can and ruler, marked "5080".

View of flashlight with Coca Cola can and ruler, marked "5081".

View of flashlight with Coca Cola can and ruler, marked "5082".

View of flashlight with Coca Cola can and ruler, marked "5083".

View of flashlight with Coca Cola can and ruler, marked "5084".

View of flashlight with Coca Cola can, "Maxlite 5–3–2" box and ruler, marked "5111".

View of flashlight with Coca Cola can and ruler, marked "5112".

View of flashlight with Coca Cola can and ruler, marked "5115".

View of flashlight with Coca Cola can and ruler, marked "5118".

View of flashlight with Coca Cola can and ruler, marked "5118A".

View of flashlight with Coca Cola can and ruler, marked "5126".

View of flashlight with Coca Cola can and ruler, marked "5127".

View of flashlight with Coca Cola can and ruler, marked "5129".

View of flashlight with Coca Cola can and ruler, marked "5130".

View of flashlight with Coca Cola can and ruler, marked "5131".

View of flashlight with Coca Cola can and ruler, marked "5132".

View of flashlight with Coca Cola can and ruler, marked "5133".

View of flashlight with Coca Cola can and ruler, marked "5137A".

Exhibit  3  Page  40

## US D530,439 S
Page 5

View of flashlight with Coca Cola can and ruler, marked "5145".

View of flashlight with Coca Cola can and ruler, marked "5147".

View of flashlight with Coca Cola can and ruler, marked "5149".

View of flashlight with Coca Cola can and ruler, marked "5154".

View of flashlight with Coca Cola can and ruler, marked "5279".

View of flashlight with Coca Cola can and ruler, marked "5300".

View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5301".

View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5302".

View of flashlight with Coca Cola can, "Rayovac Police Flashlight" box and ruler, marked "5303".

View of flashlight with Coca Cola can and ruler, marked "5304".

View of flashlight with Coca Cola can and ruler, marked "5305".

View of flashlight with Coca Cola can and ruler, marked "5306".

View of flashlight with Coca Cola can and ruler, marked "5307".

View of flashlight with Coca Cola can and ruler, marked "5308".

View of flashlight with Coca Cola can and ruler, marked "5309".

View of flashlight with Coca Cola can and ruler, marked "5310".

View of flashlight with Coca Cola can and ruler, marked "5311".

View of flashlight with Coca Cola can and ruler, marked "5312".

View of flashlight with Coca Cola can and ruler, marked "5313".

View of flashlight with Coca Cola can and ruler, marked "5314".

View of flashlight with Coca Cola can and ruler, marked "5315".

View of flashlight with Coca Cola can and ruler, marked "5315".

View of flashlight with Coca Cola can and ruler, marked "5317".

View of flashlight with Coca Cola can and ruler, marked "5318".

View of flashlight with Coca Cola can and ruler, marked "5319".

View of flashlight with Coca Cola can and ruler, marked "5320".

View of flashlight with Coca Cola can and ruler, marked "5321".

View of flashlight with Coca Cola can and ruler, marked "5322".

View of flashlight with Coca Cola can and ruler, marked "5841".

View of flashlight with Coca Cola can and ruler, marked "5845".

View of flashlight with Coca Cola can and ruler, marked "5846".

View of flashlight with Coca Cola can and ruler, marked "5971".

View of flashlight with Coca Cola can and ruler, marked "5972".

View of flashlight with Coca Cola can and ruler, marked "5973".

View of flashlight with Coca Cola can and ruler, marked "5974".

View of flashlight with Coca Cola can, "Bianchi" box and ruler, marked "6005A".

View of flashlight with Coca Cola can and ruler, marked "6005A".

View of flashlight with Coca Cola can and ruler, marked "6112".

View of flashlight with Coca Cola can and ruler, marked "6118".

View of flashlight with Coca Cola can and ruler, marked "6119".

View of flashlight with Coca Cola can and ruler, marked "6120".

View of flashlight with Coca Cola can and ruler, marked "6121".

View of flashlight with Coca Cola can and ruler, marked "6124".

View of flashlight with Coca Cola can, container, and ruler, marked "12A".

View of flashlight with Coca Cola can, "Little Commander Pocketlight" packaging and ruler, marked "468".

View of flashlight with Coca Cola can and ruler, marked "2577".

View of flashlight with Coca Cola can and ruler, marked "2578".

View of flashlight with Coca Cola can and ruler, marked "2579".

View of flashlight with Coca Cola can and ruler, marked "2580".

View of flashlight with Coca Cola can and ruler, marked "2581".

View of flashlight with Coca Cola can and ruler, marked "2582".

View of flashlight with Coca Cola can and ruler, marked "2584".

View of flashlight with Coca Cola can and ruler, marked "2570".

View of flashlight with Coca Cola can and ruler, marked "2571".

View of flashlight with Coca Cola can and ruler, marked "2572".

View of flashlight with Coca Cola can and ruler, marked "2574".

View of flashlight with Coca Cola can and ruler, marked "2677".

View of flashlight with Coca Cola can and ruler, marked "2742".

View of flashlight with Coca Cola can and ruler, marked "2749".

View of flashlight with Coca Cola can and ruler, marked "2753".

View of flashlight with Coca Cola can and ruler, marked "2755".

View of flashlight with Coca Cola can and ruler, marked "2874".

View of flashlight with Coca Cola can and ruler, marked "3717".

View of flashlight marked "2678".

View of flashlight marked "2679".

Exhibit 3 Page 41

## US D530,439 S

Page 6

View of flashlight, with two additioonal parts, marked "2580".

View of flashlight with ruler.

View of flashlight with Coca Cola can and ruler, marked "464 (CPX–55)".

View of flashlight with Coca Cola can and ruler, marked "CPX–422".

View of flashlight with Coca Cola can and ruler, marked "CPX–393".

View of flashlight with Coca Cola can and ruler, marked "CPX–385".

View of flashlight with Coca Cola can and ruler, marked "CPX–264".

View of flashlight with Coca Cola can and ruler, marked "349".

View of flashlight with Coca Cola can and ruler, marked "SL575".

View of flashlight with Coca Cola can and ruler, marked "SL351".

View of flashlight with Coca Cola can and ruler, marked "SL699".

View of flashlight with Coca Cola can and ruler, marked "SL102".

View of flashlight, marked Deposition Exhibit 45 (?).

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Central Purchasing, Inc.*, No. 89–4668 ER (JRx), filed Apr. 1990.

Consent Judgment and Injunction in *Mag Instrument. Inc. v. Dayton Hudson Corporation*, No. 89–0529 ER (JRx), filed Feb. 1990.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Gila Products Limited*, No. 89–CV–7802, filed Nov. 1988.

Consent Judgment and Injunction in *Mag Instrument. Inc. v. Jadico Limited, Inc.*, No. 89–4259–CV–C–9, filed Jun. 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jadico Limited, Inc.*, No. 89–4260–CV–C–5, filed Jul. 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jomira/Advance, Inc.*, No. 89–20286 RPA, filed Aug. 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jomira/Advance, Inc.*, No. 89–20447 RFP, filed Aug. 1989.

Initial Determination, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

Views of the Commission, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

Decision in Mag v. The U.S. Int'l Trade Commission (Kassner Imports, Inc.; Brinkmann Corporation; Brinkmann International (Hong Kong), Ltd.; and J. Baxter Brinkmann International Corporation, Intervenors, — 88–1313 decided Feb. 15, 1989.

Notice of Issuance of General Exclusion Order, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

General Exclusion Order, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

Opinion; Findings of Fact and Conclusions of Law, in *Kassnar Imports, Inc. v. Mag Instrument & Mag Instrument, Inc. v. Kassnar Imports, Inc.*— CV 86–802 FFF, filed Jan. 6, 1989.

Judgment in *Kassnar Imports, Inc. v. Mag Instrument & Mag Instrument, Inc. v. Kassnar Imports, Inc.* — CV 86–802 FFF, filed Jan. 6, 1989.

Xscribe Computer–Aided Trasncription—George Price Testimony Nov. 4, 1988 "Price—Direct", pp. DA–77 through DA–81.

Xscribe Computer–Aided Trasncription—Gerald Ford Testimony Nov. 2, 1988, pp. 4, 23 & '24.

Injunction and Partial Consent Judgment re *Mag Instrument, Inc. v. K Mart Corporation*, No. 89–1203–ER (JRx), filed Aug. 31, 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Longs Drug Stores Californai, Inc.*, No. C 619212, filed Jan. 22, 1990.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Outdoor Sports Headquarters, Inc.*, No. C–3–89–411, filed Oct. 13, 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Outdoor Sports Headquarters, Inc.*, No. C–3–89–410, filed Oct. 13, 1989.

Injunction and Consent Judgment in *Mag Instrument, Inc. v. Sears, Roebuck & Company*, No. 89–0972 ER (JRx), filed Dec. 13, 1989.

Injunction and Consent Judgment, in *Mag Instrument, Inc., v. Sears, Roebuck and Co.*, No. 89–0972 ER (JRx), filed Jan. 17, 1990.

Consent Judgment and Permanent Injunction, in *Mag Instrument, Inc. v. Streamlight, Inc.*, No. 85–6104 SVW(Kx), filed Jan. 16, 1986.

Final Judgment by Consent and Permanent Injunction, in *Mag Instrument, Inc. v. Streamlight, Inc.*, No. CV–87–02530 ER (JRx), filed Sep. 10, 1990.

Weston, "Mini Flash Lite", advertisement received in U.S. Patent & Trademark Office, Jul. 11, 1949.

Brinkmann, Micro–Max 1 package Insert, Copyright 1987, (Photocopies of flashlight Included in Package and Pictures of Disassembled Flashlight Enclosed).

Exhibit 3 Page 42

**U.S. Patent**          Oct. 17, 2006          **US D530,439 S**

FIG. 1.





FIG. 2.



FIG. 3.

Exhibit 3 Page 43

# Exhibit 4

Int. Cl.: 11

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**

Reg. No. 2,074,795

Registered July 1, 1997

## TRADEMARK
### PRINCIPAL REGISTER



MAG INSTRUMENT, INC. (CALIFORNIA COR-
PORATION)
1635 SOUTH SACRAMENTO AVENUE
ONTARIO, CA 91776

FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CL. 21).

FIRST USE 1-0-1984; IN COMMERCE 1-0-1984.

THE MARK IS THE SHAPE, STYLE AND OVERALL APPEARANCE OF THE FLASH-LIGHT ITSELF WHICH IS CHARACTERIZED BY THE RATIO OF THE LENGTH OF THE HEAD TO THE OVERALL LENGTH OF THE FLASHLIGHT, THE RATIO OF THE OUTER DIAMETER OF THE HEAD TO THE OUTER DIAMETER OF THE BARREL, AND THE PRO-FILE OF THE TRANSITION FROM THE GREATEST OUTER DIAMETER OF THE HEAD TO THE OUTER DIAMETER OF THE BARREL.

SEC. 2(F).

SER. NO. 74-403,053, FILED 6-14-1993.

RANDY RICARDO, EXAMINING ATTORNEY

Exhibit 4 Page 44

# Exhibit 5



Exhibit 5 Page 45



Exhibit 5 Page 46

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

### CV08- 2564 PA (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Robert C. Weiss (SBN 39929)
Anna E. Raimer (SBN 234794)
Jones Day
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG INSTRUMENT, INC., a California corporation, <br><br> PLAINTIFF(S) <br><br> v. <br><br> THE SARUT GROUP INC., a New York corporation, and DOES 1-10, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 08 - 02564  PA  PJWx <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S):   The Sarut Group, Inc.

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _____ Robert C. Weiss _____, whose address is _Jones Day, 555 S. Flower St., 50th Flr., Los Angeles, CA 90071_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ____APR 1 7 2008____

By: __Natalie Honeywia__
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| MAG INSTRUMENT, INC., a California corporation | THE SARUT GROUP INC., a New York corporation, and DOES 1-10 |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): San Bernadino County | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): Kings County |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Robert C. Weiss Anna E. Raimer Jones Day 555 S. Flower Street, 50th Flr. Los Angeles, CA 90071 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No      ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?  ☐ No  ☑ Yes

If yes, list case number(s): 

**FOR OFFICE USE ONLY:**   Case Number: _____

CV08 - 02564

| CV-71 (07/05) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☐ No ☑Yes

If yes, list case number(s): See Notice of Related Cases

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☑ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

San Bernadino County, CA

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

New York

List the **California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Anna Raimer_     Date 4|16|08

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |